CORNELL UNIVERSITY, Appellant-Respondent, *v.* MESSING BAKERIES, INC., Respondent-Appellant.

Submitted October 3, 1955; decided October 13, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 309 N. Y. 722.]

ROMAN GURTLER, Appellant, *v.* UNION PARTS MANUFACTURING Co., INC., Respondent.

Submitted October 3, 1955; decided October 13, 1955.

Motion for leave to prosecute appeal as poor person and for assignment of counsel granted and Robert Leon Horn, Esq., 1450 Broadway, New York, N. Y., assigned as counsel to appellant on the appeal herein.

MILTON JESSELSON, Individually and as Executor of TESSIE JESSELSON, Deceased, et al., Respondents, *v.* GLORIA MOODY, Appellant.

Submitted October 3, 1955; decided October 13, 1955.

Motion by respondent Dutton for reargument denied, with $10 costs and necessary printing disbursements. [See 309 N. Y. 148.]